JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Brittney McCullers

**DEFENDANTS**
Housing Authority of the City of Raleigh

**(b)** County of Residence of First Listed Plaintiff: Wake
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Wake
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Charles R. Holton
Duke Civil Justice Clinic, Box 90360
210 Science Drive, Durham, NC 27708-0360 (919)613-7131

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
☒ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF ☒ 1, DEF ☐ 1
Incorporated or Principal Place of Business In This State: PTF ☐ 4, DEF ☒ 4

## IV. NATURE OF SUIT
☒ 443 Housing/Accommodations

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 42 USC3 601, 34 USC 12491
Brief description of cause: gender discrimination in public housing; violations of VAWA

## VII. REQUESTED IN COMPLAINT:
DEMAND $: injunction and damages
JURY DEMAND: ☒ Yes

DATE: 09/04/2018
SIGNATURE OF ATTORNEY OF RECORD: Charles R. Holton

Case 5:18-cv-00429-FL Document 1-1 Filed 09/04/18 Page 1 of 1